IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00621-BNB

GEORGE FRANSICO RECIO,

    Plaintiff,

v.

DALE CHRISTOPHER WALTER, Deputy Sheriff,
SHERIFF'S OFFICE OF WELD COUNTY,
ALL WELD COUNTY OFFICIALS,
GOVENOR [sic] BILL RITTER, and
ALL OFFICIALS OF THE STATE OF COLORADO, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiff, George Fransico Recio, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Buena Vista, Colorado, minimum center. He submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

On April 28, 2008, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Recio to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $4.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The April 28 order warned Mr. Recio that if he failed by the designated deadline to have the $4.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means by which to

pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Recio has failed within the time allowed to pay the $4.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $4.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 6 day of May, 2008.

BY THE COURT:

Zita W. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00621-BNB

George Fransico Recio
Reg. No. 108813
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/7/08

                            GREGORY C. LANGHAM, CLERK

By: _____
                        Deputy Clerk